AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| VOCODIA HOLDINGS CORP, a Wyoming corporation<br><br>*Plaintiff(s)*<br>v.<br>OMER KHAN, an individual, and VIVID TECH, INC., a Delaware corporation<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 9:22cv81472 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vivid Tech, Inc.
340 South Lelon Avenue
Walnut, CA 91789

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kristin Drecktrah Paz, Esq.
Perlman, Bajandas, Yevoli & Albright, P.A.
283 Catalonia Ave., Suite 600, Coral Gables, FL 33134
kpaz@pbyalaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 23, 2022



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Esperanza Buchhorst*
Deputy Clerk
U.S. District Courts